Loretta Dunn and Lauren Dunn

PO Box 223231
Princeville,, HI 96722
(808) 278-8444
August 11, 2016

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 12 2016

at \_\_1\_\_ o'clock and \_\_47\_\_ min. P.M.
SUE BEITIA, CLERK

## IN THE UNITED STATES DISTRIC COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LORETTA B DUNN )<br>LAUREN M DUNN )<br> )<br>vs. )<br> )<br>KUHIO AUTO GROUP )<br>RYAN MACKEY )<br>LANCE ROHER )<br>HYUNDAI MOTOR AMERICA )<br>TD AUTO FINANCE )<br>TD BANK ) | Civil No. CV1600319DKWKJM<br><br>Statement of Relief [Schedule 16 Hearing] |

It is the most sincere prayer of the plaintffs that this most unusual case sets precedent and that the settlement of punitive damages insure that giant corporations do not take advantage of the sick and elderly again in the future.

Since this case has caused incredible amounts of stress, hardship, and great suffering to the plaintiffs and has caused Loretta Dunn's ill health to rapidly decline even further; being that she is now 81 years old, which is treble damages, and this case proves RICO, which is treble damages, plaintiffs humbly request the settlement amount to be $30 Million.

_Loretta B. Dunn_

Loretta B Dunn, Plaintiff

_Lauren M. Dunn_

Lauren M Dunn, Plaintiff